AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lucas GONZALEZ-BERMUDEZ | ) | Case No. 2:25-mj-558 |
| aka Alejandro RODRIGUEZ MARTINEZ | ) | |
| aka Alejandro RAMIREZ-JIMENEZ | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Lucas GONZALEZ-BERMUDEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a) – Illegal Reentry of Removed Alien

Date: October 6, 2025

Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state: Newark, Ohio

---

**Return**

This warrant was received on *(date)* October 6, 2025, and the person was arrested on *(date)* October 8, 2025
at *(city and state)* Westerville, Ohio.

Date: October 9, 2025

*Arresting officer's signature*

David Krauss, HSI Special Agent
*Printed name and title*